UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIANN SOTO,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>CDL (NEW YORK) L.L.C.,<br><br>                    Defendant. | 18 Civ. 5678 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

      The Court has received notification from Magistrate Judge Lehrburger that the parties engaged in a settlement conference today, but that conference was unfortunately unsuccessful in bringing a negotiated resolution to this litigation.  Given that there does not seem to be the possibility of a pretrial resolution, the next step is to schedule trial.  However, due to the ongoing pandemic, the Court does not believe that a jury trial will be able to occur at any point in the current calendar year.  The Court will therefore reach out to the parties when it has a clearer sense of when jury trials may be able to recommence.  If the parties have an interest in proceeding with a bench trial, as opposed to a jury trial, they should let the Court know.

      SO ORDERED.

Dated:   July 22, 2020
         New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge