UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIANN SOTO,<br><br>                    Plaintiff,<br><br>                -v.-<br><br>CDL (NEW YORK) L.L.C.,<br><br>                    Defendant. | 18 Civ. 5678 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the following trial schedule will be in effect:

- Trial will be set to begin on **May 10, 2021, at 9:00 a.m.**;

- The parties' Joint Pretrial Order, motions in limine, requests to charge, proposed *voir dire* questions, and any pretrial memoranda of law will be due **April 12, 2021**;

- Any opposition papers will be **April 19, 2021**; and

- The final pretrial conference will be scheduled for **April 29, 2021, at 4:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: September 10, 2020
       New York, New York

                                        _____
                                            KATHERINE POLK FAILLA
                                            United States District Judge