**PHILLIPS & ASSOCIATES**
*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

February 26, 2021

**VIA ECF and E-Mail**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re:   Christiann Soto v. CDL (New York) L.L.C.
      Case No.: 1:18-cv-05678-KPF

Dear Judge Failla,

    I represent the Plaintiff, Christiann Soto, in the above-referenced case. On behalf of the parties, we write Your Honor to respectfully request an adjournment of the trial currently set to begin on May 10, 2021.

    I am making this request at this time because I am tentatively scheduled to deliver my child on April 23, 2021, I am opposing a summary judgment motion in the District of New Jersey, which is due on April 12, 2021, and anticipate starting my maternity leave during the current pre-trial submissions schedule, with an expected return date at the end of July 2021. I am principal trial counsel for this matter, and my client has requested that I handle any expert depositions and pre-trial submissions in this case. Counsel for Defendant consents to my request.

    Therefore, the parties respectfully request an adjournment of the trial for this matter to late fall 2021, subject to the Court's availability, so the parties can complete expert discovery and make all pre-trial submissions to the Court. We are amenable to scheduling a telephonic conference where I can provide further detail surrounding my circumstances, if needed.

    We thank Your Honor for your consideration of this request.

Respectfully submitted,

/s/Silvia C. Stanciu, Esq.
*Attorneys for Plaintiff*

cc: Cynthia Augello, Esq. (via ECF)

The Court is in receipt of Plaintiff's request for an adjournment of trial. The Court hereby ADJOURNS the May 10, 2021 trial start-date and all accompanying deadlines *sine die*. The parties are ORDERED to appear for a conference on August 19, 2021, at 3:00 p.m., to discuss setting a trial date, based upon the Court's calendar at that time.

Dated:     February 26, 2021          SO ORDERED.
           New York, New York

                                      *Katherine Polk Failla*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE