UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIANN SOTO,<br><br>      Plaintiff,<br><br>    -v.-<br><br>CDL (NEW YORK) L.L.C.,<br><br>      Defendant. | 18 Civ. 5678 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  There is currently a conference scheduled in this matter for August 19, 2021, to discuss a trial schedule. Due to the centralized calendaring system currently in place in the Southern District of New York, as well as this Court's obligations to its criminal docket, the Court is currently scheduling trials for the second and third quarters of 2022. The parties are directed to submit a letter on or before August 26, 2021, regarding their availability for a trial during those quarters. The conference scheduled for August 19, 2021, is hereby ADJOURNED *sine die*.

  SO ORDERED.

Dated: August 12, 2021
     New York, New York

                     KATHERINE POLK FAILLA
                     United States District Judge