UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTIANN SOTO,

                Plaintiff,

          -v.-

CDL (NEW YORK) L.L.C.,

                Defendant.

18 Civ. 5678 (KPF)

ORDER

---

KATHERINE POLK FAILLA, District Judge:

    It is hereby ORDERED that the following trial schedule will be in effect:

- Trial will be set to begin on **June 13, 2022, at 9:00 a.m.**;

- The parties' Joint Pretrial Order, motions *in limine*, requests to charge, proposed *voir dire* questions, and any pretrial memoranda of law will be due **May 16, 2022**;

- Any opposition papers will be **May 23, 2022**; and

- The final pretrial conference will be scheduled for **June 1, 2022, at 3:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated:  August 25, 2021
           New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge